

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Noemí GONZALEZ,<br><br>    Defendant. | Magistrate Case No.: **'08 MJ 8718**<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about August 12, 2008, within the Southern District of California, defendant Noemí GONZALEZ did knowingly and intentionally import approximately 63.90 kilograms (140.58 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                                        Rafael Silva, Special Agent
                                                        Immigration and Immigration and
                                                        Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 13TH DAY OF AUGUST 2008.

                                                        Peter C. Lewis
                                                        U. S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Noemi GONZALEZ

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent Rafael Silva.

On August 12, 2008, at approximately 2056 hours, Noemí GONZALEZ (GONZALEZ) entered the United States at the Calexico, California, west port of entry. GONZALEZ was the driver and sole occupant of a 2003 Dodge Ram 1500 and carrying a refrigerator.

GONZALEZ approached lane number eight which was being manned by Customs and Border Protection Officer (CBPO) Lepe. During routine border inspection questioning, GONZALEZ gave a negative customs declaration. CBPO Lepe noticed the vehicle tires felt solid when tapped and decided to refer the vehicle to the vehicle secondary lot for further inspection.

While at vehicle secondary, CBPO Becerra took over the inspection. CBPO Becerra received a negative customs declaration from GONZALEZ. GONZALEZ stated the reason for her trip to Mexico was to pick up a refrigerator from her mother's house. GONZALEZ stated the vehicle was a rental.

CBPO/CEO (Customs Enforcement Officer) Leon was asked to assist with his assigned Human/Narcotics Detection Dog, when the dog alerted to the vehicle GONZALEZ was driving. CBPO/CEO Leon

informed CBPO Becerra of the alert. CBPO Becerra continued the vehicle inspection, which revealed several packages, concealed within all four tires of the vehicle.

A subsequent inspection of the vehicle revealed sixty-three (63) packages concealed inside the four tires of the vehicle. CBPO Becerra probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 63 packages had a combined weight of approximately 63.90 kilograms (140.58 pounds) of marijuana.

GONZALEZ was placed under arrest and advised of her rights, per Miranda, which she acknowledged and waived, agreeing to answer questions. GONZALEZ stated she did not know the vehicle was carrying drugs. GONZALEZ stated she rented the vehicle at "GNG" in El Centro, California and went to Mexicali to pick up a refrigerator. GONZALEZ stated that while at her mother's house in Mexicali, she left the vehicle unattended for approximately 30 minutes.